LOCKE LORD LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
Deleyla A. Lawrence (SBN: 284562)
deleyla.lawrence@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendants
Select Portfolio Servicing, Inc. and U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA1

**FILED & ENTERED**

**NOV 14 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY HANDY    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re: MARGARET LUCILLE CARSWELL,<br><br>               Debtor. | Case No. 9:16-bk-10842-PC<br><br>Chapter 11 |
| Margaret Carswell,<br><br>               Plaintiff,<br><br>   vs.<br><br>SELECT PORTFOLIO SERVICING, INC.; U.S. BANK NA, trustee of the WaMu Mortgage Pass-Through Certificates Series 2007-OA1 Trust and Does 1-19,<br><br>               Defendants. | Adversary No. 9:16-ap-01060-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Peter H. Carroll |

1

ORDER
*Margaret Carswell v. Select Portfolio Servicing, Inc., et al.  Adv. No. 9:16-bk-01060-PC*

An Order to Show Cause regarding a Preliminary Injunction came on for hearing on November 10, 2016 at 10:00 a.m. before the Honorable Peter H. Carroll. The Court, having considered Plaintiff Margaret Carswell's ("Plaintiff") request for a Preliminary Injunction, as well as the arguments of the parties and the papers submitted, hereby **DENIES** the request for a Preliminary Injunction, based on the findings of fact and conclusions of law as stated on the record.

**IT IS SO ORDERED.**

Date: November 14, 2016



Peter H. Carroll
United States Bankruptcy Judge